

# Fourth Court of Appeals
## San Antonio, Texas

July 27, 2018

No. 04-18-00240-CV

**IN THE INTEREST OF R.L.L. III,** et al., Children,

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA02373
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

This is an accelerated appeal from a trial court's order terminating appellant's (Mother's) parental rights to her children. Pursuant to our order dated June 28, 2018, appellant's brief was due on or before July 18, 2018. On July 18, 2018, appellant filed a second motion requesting a fourteen (14) day extension of time to file her brief. In her motion, appellant stated she did not receive notice that an order of termination from the de novo hearing was signed and entered by the trial court. Appellant further stated she filed a request with the district clerk to supplement the record with a copy of "the missing order."

We therefore ordered the district clerk to file a supplemental clerk's record containing the referring court's order relating to the de novo proceeding in this court on or before August 6, 2018. In that order, we further advised appellant that her brief would be due twenty (20) days after a copy of the supplemental clerk's record containing a de novo order was filed. On July 19, 2018, the district clerk filed a supplemental clerk's record with a copy of an order from the de novo hearing signed on June 28, 2018. Accordingly, we **ORDER** the appellate deadlines reinstated and **ORDER** appellant to file her brief in this court **on or before August 8, 2018.**

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court